UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL ANGEL INFANTE SANTIAGO,<br><br>Plaintiff,<br><br>-against-<br><br>BELMONT REALTY LLC, and<br>PASQUALE PERRETTA, and<br>MICHAEL PERRETTA, individually,<br><br>Defendants. | Case No. 24 cv 2041<br>(JGLC)<br><br>**JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Belmont Realty LLC having offered to allow Plaintiff Miguel Angel Infante Santiago ("Plaintiff") to take a judgment against it, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated October 18, 2024, and filed as Exhibit "A" to Docket Number 28;

**WHEREAS**, on November 7, 2024, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket 28);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of five thousand dollars ($5,000.00), and the clerk is directed to close the case.

Dated: New York, New York
      November 20 , 2024

                                                                  _Jessica Clarke_, D.J.